| | | |
|---|---|---|
| CAAP–13–00 00595 | Ryan v. Herzog | Reversed |
| CAAP–12–00 00672 | State v. Moxley | Affirmed |

### November 20, 2015

| | | |
|---|---|---|
| CAAP–14–00 01146 | State v. Kawelo | Affirmed |

### November 23, 2015

| | | |
|---|---|---|
| CAAP–14–00 01064 | Pico v. Untalan | Affirmed |

### November 25, 2015

| | | |
|---|---|---|
| CAAP–14–00 01085 | State v. Lum | Affirmed |
| CAAP–14–00 00765 | State v. Rollison | Vacated and Remanded |

### November 27, 2015

| | | |
|---|---|---|
| CAAP–13–00 04352 | State v. Womack | Affirmed and Remanded |
| CAAP–15–00 00074 | ST, In re | Affirmed |

### December 9, 2015

| | | |
|---|---|---|
| CAAP–12–00 00564 | Binkley v. MP Auto, LLC | Affirmed |

### December 11, 2015

| | | |
|---|---|---|
| CAAP–14–00 01058 | Leoffler v. State | Affirmed |
| CAAP–12–00 00574 | Marn Family Litigation, In re | Dismissed |
| CAAP–12–00 01095 | State v. O'Brien | Reversed |

### December 15, 2015